**Electronically Filed
Supreme Court
SCWC-20-0000142
08-NOV-2023
07:55 AM
Dkt. 13 ODAC**

SCWC-20-0000142

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MICHAEL OLEKSA and ERICA OLEKSA,
Petitioners/Plaintiffs-Appellants,

vs.

DONALD C. CHAIKIN and JERRY SULLIVAN,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000142; CIV. NO. 2CC161000628)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ., and
Circuit Judges Ashford and Kubota,
assigned by reason of vacancies)

Petitioners/Plaintiffs-Appellants Michael and Erica

Oleksa's Application for Writ of Certiorari, filed on September

13, 2023, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 8, 2023.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ James H. Ashford
/s/ Peter K. Kubota

